IN THE SUPREME COURT OF THE STATE OF DELAWARE

CHRISTOPHER SPENCE,                     §
                                        §    No.   400, 2019
        Defendant Below,                §
        Appellant,                      §
                                        §    Court Below: Superior Court
    v.                                  §    of the State of Delaware
                                        §
STATE OF DELAWARE,                      §    ID. No.   1208011625A (N)
                                        §
        Plaintiff Below,                §
        Appellee.                       §

Submitted:   March 18, 2020
Decided:   April 9, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

# **O R D E R**

This 9th day of April 2020, the Court having considered this on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated August 20, 2019.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:


/s/   James T. Vaughn, Jr.
 Justice